## NATIONAL BANK *v.* INSURANCE COMPANY.

Where the record has not been printed, a motion to dismiss an appeal or a writ of error will not be considered where there is any question about the facts on which the motion rests.

MOTION to dismiss an appeal from the Circuit Court of the United States for the Eastern District of Missouri.

*Mr. James O. Broadhead* in support of the motion.
*Mr. Lucien Eaton, contra.*

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The further consideration of this motion is postponed until the case is heard on its merits. The record has not been printed, and counsel do not agree as to what it contains. We will not decide motions to dismiss before the record is printed, when there is any question about the facts on which the motion rests. In order to get a decision before printing, the motion papers must present the case in a way which will enable us to act understandingly without referring to the transcript on file.